# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.

**Plaintiff:**   LET'S GO AERO, INC., a Colorado corporation

v.

**Defendant:**   CEQUENT PERFORMANCE PRODUCTS, INC., f/k/a CEQUENT TOWING PRODUCTS, INC., a Delaware corporation

## NOTICE OF RELATED PRIOR CASE

The above caption action is or may be related to prior litigation between the same or parties entitled Cequent Performance Products, Inc., f/k/a Cequent Towing Products, Inc. v Let's Go Aero, Inc. Case No. 1:10-CV-02921-WDM-CBS.

**DATED** this 6th day of June, 2014.

                                            Respectfully submitted,

                                            SILVER & DeBOSKEY,
                                            A Professional Corporation

                                        By:    */s/Thomas M. Haskins III*
                                                      Thomas M. Haskins III (#17651)
                                                      Silver & DeBoskey P.C.
                                                      1801 York Street
                                                      Denver, CO 80206
                                                      (303) 399-3000
                                                      thaskins@s-d.com

DENNIS W. HARTLEY, P.C.

By:   */s/Dennis W. Hartley*_____
      Dennis W. Hartley (#0788)
      Dennis W. Hartley, P.C.
      422 E. Vermijo Ave.
      Colorado Springs, CO 80903

ATTORNEYS FOR PLAINTIFF