IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01600-MEH

LET'S GO AERO, INC., a Colorado corporation,

    Plaintiff,

v.

CEQUENT PERFORMANCE PRODUCTS, INC., a Delaware corporation, f/k/a Cequent Towing Products, Inc., and
U-HAUL INTERNATIONAL, INC., a Nevada corporation,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2014.**

    In the interest of justice, Plaintiff's unopposed Motion for Leave to File Second Amended Complaint [filed August 6, 2014; docket #18] is **granted**. The Court accepts as filed the Second Amended Complaint (docket #15), and the Plaintiff shall serve the pleading upon the Defendants pursuant to Fed. R. Civ. P. 4 and all other applicable rules.