# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01600-MEH

LET'S GO AERO, INC., a Colorado corporation

    Plaintiff

v.

CEQUENT PERFORMANCE PRODUCTS, INC.,
f/k/a CEQUENT TOWING PRODUCTS, INC.,
a Delaware corporation, and
U-HAUL INTERNATIONAL, INC., a Nevada corporation.,

    Defendants

## WAIVER OF THE SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT

To:    Thomas M. Haskins III

    I have received your request to waive service of a summons in this action along with a copy of the Second Amended Complaint. I am authorized by Defendant CEQUENT PERFORMANCE PRODUCTS, INC., f/k/a CEQUENT TOWING PRODUCTS, INC., ("Cequent") to accomplish that waiver and acceptance, and hereby accept service of the summons and Second Amended Complaint as if the same had been personally served on Cequent under Federal Rules of Civil Procedure 4(h) and/or 5(b) as applicable and consistent with the Minute Order of Magistrate Hegarty [Document No. 19].

    By waiving and accepting service, Cequent and I agree to save the expense of serving a summons and the Second Amended Complaint in this case.

    I understand that Cequent will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that Cequent preserves any objections to the absence of a summons or of service.

    I also understand that pursuant to Fed.R.Civ. P. 15(a)(3), Cequent must file and serve an answer or other response to the Second Amended Complaint within 14 days from the date when this waiver is executed, unless that time is extended by Court order. If Cequent fails to do so, I understand that a default judgment may be entered it.

Date: 8/18/14

_____
Signature of the attorney

Matthew J. Cavanagh
Printed Name

McDonald Hopkins LLC
600 Superior Ave., East, Ste. 2100
Address   Cleveland OH 44114

MCavanagh@mcdonaldhopkins.com
E-Mail Address

216.348.5400
Telephone Number