IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01600-MEH

LET'S GO AERO, INC., a Colorado corporation,

      Plaintiff,

v.

CEQUENT PERFORMANCE PRODUCTS, INC., a Delaware corporation, f/k/a Cequent Towing Products, Inc.,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2014.**

      Defendant Cequent's renewed and partially unopposed Motion to Stay Discovery and Pretrial Scheduling [filed September 17, 2014; docket #30] is **granted** as follows. The proceedings of this case are **stayed temporarily** pending resolution of the Defendant's pending motion to compel arbitration. Pursuant to D.C. Colo. LCivR 7.1(d), the Plaintiff shall file a response to the motion to compel arbitration on or before October 8, 2014 and the Defendant may file a reply in support of the motion within fourteen (14) days after the response is served.

      In light of this order, the motion hearing set for September 30, 2014 is **vacated**. In addition, the Court will **vacate** the Scheduling Conference currently set for October 16, 2014 and will reschedule the conference, if necessary, upon resolution of the motion to compel.

      Finally, the Court notes that the parties have not filed a fully executed consent form required by the Pilot Program for Direct Assignment of Civil Cases to Full Time Magistrate Judges (*see* docket #5). The parties shall complete and file the consent form on or before October 8, 2014.